UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ANGELEA O. JONES** | **CIVIL DOCKET NO. 3:23-CV-0366** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM D/B/A/ UNIVERSITY OF LOUISIANA AT MONROE, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 22] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record,

IT IS ORDERED that the Rule 12(b) MOTION TO DISMISS ("the Motion") [Doc. 10] filed by Defendant, the Board of Supervisors for the University of Louisiana System d/b/a University of Louisiana at Monroe is GRANTED IN PART and DENIED IN PART.  The Motion is GRANTED to the extent that Plaintiff Angelea O. Jones's claims under state law and 42 U.S.C. § 1983 against said Defendant only are hereby DISMISSED WITHOUT PREJUDICE based on Eleventh Amendment sovereign immunity.

IT IS FURTHER ORDERED that Defendant's Rule 12(b) MOTION TO DISMISS [Doc. 10] is otherwise DENIED.

THUS, DONE AND SIGNED, in chambers, on this 23ᴿᴰ day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE